UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID HOHENTHANER,

    Plaintiff,

v.                                              CASE NO. 8:22-cv-1201-SDM-AEP

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE
AGENCY, INC., et al.,

    Defendants.
_____/

## ORDER

David Hohenthaner announces (Docs. 31, 32) a settlement with each defendant. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on October 12, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE